CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Steven Drelle Barber**<br>DOB: 1982; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>22-04819MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(ii); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about August 25, 2022, in the District of Arizona, **Steven Drelle Barber**, knowing or in reckless disregard that certain aliens, including Luz Selena Robledo-Robledo, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**COUNT 2 (Misdemeanor)** On or about August 25, 2022, in the District of Arizona, **Steven Drelle Barber**, knowing that certain illegal aliens, including Luz Selena Robledo-Robledo, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about August 25, 2022, in the District of Arizona (Douglas), a United States Border Patrol Agent (BPA) responded to a Cochise County Sheriff's Office (CCSO) call for assistance of a possible alien smuggling load. The BPA arrived and the CCSO deputy said that he had pulled over the 2011 Buick Lucerne for no registration and no brake lights. The BPA identified the driver as **Steven Drelle Barber** and observed four passengers. The BPA determined that the passengers including Luz Selena Robledo-Robledo were Mexican citizens illegally present in the United States.

Records checks revealed that Luz Selena Robledo-Robledo did not have the proper immigration documentation to enter or remain in the U.S. legally. Material witness Luz Selena Robledo-Robledo said that she crossed the International Boundary Fence (IBF) with a group and was told to walk north towards Highway 80. Robledo said that one person in her group was most likely communicating with someone using WhatsApp to send GPS coordinates to the person that was guiding them. Robledo said she was told to wait and hide until a driver arrived to pick them up. Robledo said a gray car pulled up and honked its horn and she sat in the front passenger seat.

**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Luz Selena Robledo-Robledo

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/lh | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |

Sworn by telephone __X__

| SIGNATURE OF MAGISTRATE JUDGE[1] *Maria S. Aguilera* | DATE<br>August 29, 2022 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54

**Continued from the previous page:**

In a post-*Miranda* statement, **Barber** stated that he saw those guys as they came up to his car and that they were wearing army fatigue. **Barber** said that as they were entering his car, they asked him where he was going. **Barber** stated that he was going to the city and that they were going to the same place. **Barber** said that after that, he got pulled over and the people inside the car started ducking down.